RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*[Proposed] Liaison Counsel for Plaintiffs and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CHERRY FU, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WANDA SPORTS GROUP COMPANY LIMITED, HENGMING YANG, HONGHUI LIAO, LEN ZHANG, PHILIPPE BLATTER, ANDREW MESSICK, DONGWEI YANG, EDWIN FUNG, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CLSA LIMITED, AND TIGER BROKERS (NZ) LIMITED,<br><br>Defendants. | CASE No.: 3:19-cv-01852-MO<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF MOTION OF MOVANTS CHERRY FU, DAI XIAOFENG, AND AHMED NAIEM FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |

I, Jeffrey S. Ratliff, declare:

1.    I am an attorney duly licensed to practice in the State of Oregon and before this Court. I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP, attorneys for Movants Cherry Fu, Dai Xiaofeng, and Ahmed Naiem ("Movants"). I make this declaration in support of Movants' motion for appointment as Co-Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 27 of the Securities Act of 1933. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

1

2

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movants' PSLRA certifications;

Exhibit 3:    Movants' loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.;

Exhibit 5:    The firm resume of Pomerantz LLP; and

Exhibit 6:    The firm resume of Ransom, Gilbertson, Martin &
              Ratliff, LLP.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

Executed this 17th of January 2020.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP
By:
Jeffrey S. Ratliff

2