**LARKINS VACURA KAYSER LLP**
Christopher J. Kayser (OBN 984244)
121 SW Morrison St. #700
Portland, OR 97204
Tel: (503) 222-4424
Fax: (503) 827-7600
Email: cjkayser@lvklaw.com

*Liaison Counsel for Movant*
  *and Proposed Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171

*Counsel for Movant and*
  *Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CHERRY FU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WANDA SPORTS GROUP COMPANY LIMITED, HENGMING YANG, HONGHUI LIAO, LEN ZHANG, PHILIPPE BLATTER, ANDREW MESSICK, DONGWEI YANG, EDWIN FUNG, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CHINA INTERNATIONAL CAP ITAL CORPORATION HONG KONG | No. 3:19-cv-01852-MWM<br><br>CLASS ACTION<br><br>DECLARATION OF CHRISTOPHER J. KAYSER IN SUPPORT OF MOTION OF ALEXANDER MIHAJLOVIC FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL |

Page 1  –    DECLARATION OF CHRISTOPHER J.
                   KAYSER

SECURITIES LIMITED, CLSA LIMITED, AND TIGER BROKERS 0VZ) LIMITED,

Defendants.

I, CHRISTOPHER J. KAYSER, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Oregon. I am a partner of the law firm of Larkins Vacura Kayser, LLP ("LVK"), proposed liaison counsel for proposed lead plaintiff Alexander Mihajlovic ("Mihajlovic") and the class in the above-captioned action. I make this declaration in support of the Motion for Appointment of Mr. Mihajlovic as Lead Plaintiff and Approval of Selection of Levi & Korsinsky, LLP ("L&K") as lead counsel and LVK as liaison counsel and Memorandum of Law in Support Thereof. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in PR Newswire, a national business-oriented wire service, on November 19, 2020;

Exhibit B:    Sworn Certifications signed by Mr. Mihajlovic;

Exhibit C:    Table of the calculated losses incurred by Mr. Mihajlovic as a result of his transactions in Wanda Sports Group Company Limited securities; and

Exhibit D:    Firm resumes of L&K and LVK.

///

///

///

///

///

///

Page 2  –    DECLARATION OF CHRISTOPHER J. KAYSER

LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, Oregon 97204
(503) 222-4424

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY

KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS

EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY

DATED:  January 17, 2020.

_s/Christopher J. Kayser_
Christopher J. Kayser, OSB #984244
ckayser@lvklaw.com
Telephone: 503-222-4424

Page 3  –    DECLARATION OF CHRISTOPHER J. KAYSER

LARKINS VACURA KAYSER LLP
121 SW Morrison St., Suite 700
Portland, Oregon 97204
(503) 222-4424