**LARKINS VACURA KAYSER LLP**
Christopher J. Kayser, OSB No. 984244
121 SW Morrison St. #700
Portland, OR 97204
Tel: (503) 222-4424
Fax: (503) 827-7600
Email: cjkayser@lvklaw.com

*Liaison Counsel for Lead Plaintiff*

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins (admitted *pro hac vice*)
Sebastiano Tornatore (admitted *pro hac vice*)
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Fax: (212) 363-7171

*Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHERRY FU, Individually and on Behalf of All Others Similarly Situated,** | Case No. 3:19-cv-01852-MO |
| Plaintiff, | NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CLSA LIMITED, AND TIGER BROKERS (NZ) LIMITED |
| v. | |
| **WANDA SPORTS GROUP COMPANY LIMITED, HENGMING YANG, HONGHUI LIAO, LEN ZHANG, PHILIPPE BLATTER, ANDREW MESSICK, DONGWEI YANG, EDWIN FUNG, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., CITIGROUP GLOBAL MARKETS INC., HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, CHINA INTERNATIONAL CAPITAL CORPORATION HONG KONG SECURITIES LIMITED, CLSA LIMITED, AND TIGER BROKERS (NZ) LIMITED,** | |
| Defendants. | |

PAGE 1 -    NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN
            DEFENDANTS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), Lead Plaintiff Alexander Mihajlovic ("Plaintiff") hereby voluntarily dismisses without prejudice all of the claims asserted against Haitong International Securities Company Limited, China International Capital Corporation Hong Kong Securities Limited, CLSA Limited, And Tiger Brokers (NZ) Limited (collectively, the "Foreign Underwriter Defendants") in this action.  This dismissal with regard to the Foreign Underwriter Defendants is without costs or other award to either Plaintiff or the Foreign Underwriter Defendants.

The Foreign Underwriter Defendants have yet to serve Plaintiff with an answer or with a motion for summary judgment.  Accordingly, under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss its claims against the Foreign Underwriter Defendants without order of the Court, by the filing of this Notice.

Nothing in this Notice affects Plaintiff's claims against the other defendants in this action.

DATED:  April 15, 2020

LARKINS VACURA KAYSER LLP


By */s/Christopher J. Kayser*
Christopher J. Kayser, OSB No. 984244
Tel.: (503) 222-4424
Fax: (503) 827-7600

Liaison Counsel for Lead Plaintiff

and

Shannon L. Hopkins (admitted *pro hac vice*)
Sebastiano Tornatore (admitted *pro hac vice*)
LEVI & KORSINSKY, LLP
Tel.: (203) 992-4523
Fax: (212) 363-7171

Counsel for Lead Plaintiff


PAGE 2 -    NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN
            DEFENDANTS